Gabriel W. MILLS, Appellant,

v.

David LASER, Circuit Court Judge, Second Judicial Circuit; Brent Davis, Prosecuting Attorney, Second Judicial Circuit; Carla Powell, Deputy Prosecuting Attorney, Second Judicial Circuit; Mike Everett, Attorney at Law; Poinsett County; Arkansas State Hospital; L.D. Gibson, Poinsett County Public Defender; Thomas E. Fowler, Attorney at Law, Appellees.

No. 03–3732.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 1, 2004.

Decided Sept. 7, 2004.

Gabriel W. Mills, Arkansas Partnership Program, Little Rock, AR, pro se.

Before MURPHY, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Gabriel W. Mills appeals the district court's [1] dismissal, under the *Younger* [2] abstention doctrine, of his 42 U.S.C. § 1983 action. We conclude that the district court did not abuse its discretion in declining to exercise jurisdiction in light of ongoing state proceedings. *See Night Clubs, Inc. v. City of Fort Smith, Ark.,* 163 F.3d 475, 479 (8th Cir.1998) (standard of review). Accordingly, we affirm, *see* 8th Cir. R. 47B, but we modify the dismissal to be without prejudice, *see Anderson v. Schultz,* 871 F.2d 762, 766 (8th Cir.1989) (dismissal without prejudice is appropriate when court abstains under *Younger* ).

---

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.

2. *See Younger v. Harris,* 401 U.S. 37, 46, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971).